

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00615-CV

Gabriel **RODRIGUEZ** Sr., Gabriel Rodriguez Jr., and Paul Celestine,
Appellants

v.

**HILLCORP ENERGY COMPANY**, Virginia Rodriguez, Imelda Garza Saenz, Maria Lilia
Henkel, Israel Guerra, Mario Corona, Blanca Corona Garza, Homero Corona, Rosie Ownsby,
Delia Rodriguez, Rudy Rodriguez, Estate of Filiberto Garza, and Josie (Fields) Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-22-282
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: November 23, 2022

DISMISSED FOR WANT OF PROSECUTION

From the limited record before us, it appears the clerk's record was due on September 29, 2022. *See* TEX. R. APP. P. 35.1(b). After no clerk's record was timely filed, on October 25, 2022, we ordered Appellants to file written proof by November 3, 2022, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellants are entitled to a free clerk's record. We warned Appellants that if they failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On October 31, 2022, Appellees filed a motion to affirm the trial court's order. On November 3, 2022, Appellant Gabriel G. Rodriguez Sr. filed an amended brief and a motion for leave to file the amended brief.

To date, Appellants have not filed written proof regarding the clerk's record as ordered. We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

We STRIKE Appellant's Amended Brief; all pending motions for relief are DENIED.

PER CURIAM